**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Lois Carrier,

Plaintiff,

vs.

UNUM Life Insurance Company of America, and Allina Health System Employee Benefit Plan,

Defendant.

Court File No. 0:02-CV-265 (DWF/AJB)

**ORDER OF DISMISSAL**

This matter came before the Court on the stipulation of the plaintiff and defendants to an order dismissing all of the plaintiff's claims against defendant Allina Health System Employee Benefit Plan ("Allina") in this case without prejudice. Based on the stipulation between the plaintiff and defendants, and all the other files, records, and proceedings herein,

IT IS HEREBY ORDERED that the plaintiff's claims against Allina are hereby DISMISSED without prejudice. The plaintiff and Allina shall each bear their own costs and attorneys' fees.

SO ORDERED.

Dated: Feb. 22, 2002

DONOVAN W. FRANK
UNITED STATES DISTRICT JUDGE

M2:20444695.01

FEB 22 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK