UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lois Carrier,

Plaintiff,

v.

UNUM Life Insurance Company of America,

Defendant.

---

Court File No. 02-265 DWF/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The Parties stipulate, by and through their undersigned counsel, that the above-entitled action is hereby dismissed on its merits and with prejudice, but without costs to either party. The Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss this action of record.

Dated: 10/28/02

**LOMMEN, NELSON, COLE & STAGEBERG, P.A.**

John R. McBride (ID No. 69309)
1800 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 339-8064
Attorneys for Plaintiff

Dated: 10 - 31-02

**KRASS MONROE, P.A.**

John Harper III (ID No. 41397)
Terrance J. Wagener (ID No. 213676)
1650 West 82nd Street, Suite 1100
Bloomington, MN 55431
Telephone: (952) 885-5999
Attorneys for Defendant

NOV 07 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER FOR DISMISSAL**

Pursuant to Stipulation of the Parties, it is hereby ordered that the above-entitled action is hereby dismissed with prejudice and without costs to either part.

Dated: November 6, 2002

**BY THE COURT**

Judge of United States District Court

G:\WPDATA\U\UNUMPROVIDENT\64-CARRIER\PLD\STIP OF DISMISSAL AND ORDER.DOC